**FILED**
September 20, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                     )     CASE NUMBER: 2:13-mj-00293-KJN
            Plaintiff, )
v.                                     )     ORDER FOR RELEASE
                                                     )     OF PERSON IN CUSTODY
FREDERICK MAY, )
                                                     )
            Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Frederick May</u>; Case <u>2:13-mj-00293-KJN</u> from custody and for the following reasons:

      \_     Release on Personal Recognizance

      \_     Bail Posted in the Sum of _____

      \_     Unsecured Appearance Bond in the amount of $

      \_     Appearance Bond with 10% Deposit

      <u>X</u>     Appearance Bond secured by $25,000.00 cash

      \_     Corporate Surety Bail Bond

      <u>X</u>     (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>9/20/2013</u> at 10:40 a.m.

By _____
Kendall J. Newman
United States Magistrate Judge