**FILED**
September 20, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> FREDERICK MAY, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:13-mj-00293-KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Frederick May</u>; Case <u>2:13-mj-00293-KJN</u> from custody and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    \_    Unsecured Appearance Bond in the amount of $

    \_    Appearance Bond with 10% Deposit

    <u>X</u>    Appearance Bond secured by $25,000.00 cash

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>9/20/2013</u> at <u>10:40 a.m.</u>

By     _/s/ Kendall J. Newman_
Kendall J. Newman
United States Magistrate Judge